[No. 45473-1-I.  Division One.  March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL RENEE RICHMOND, ET AL., *Defendants*, DIANA LYNN WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-09324-9, Sharon S. Armstrong, J., entered September 27, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 47307-7-I.  Division One.  March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN TERRELL LOCK, *Defendant*, LLOYD WILLIAM HINTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-03351-2, Helen Halpert, J., entered August 9, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47695-5-I.  Division One.  March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ROBERT MCLENNAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-01302-3, Carol A. Schapira, J., entered November 6, 2000. *Reversed* by unpublished per curiam opinion.

[No. 48830-9-I.  Division One.  March 3, 2003.]

*In the Matter of the Personal Restraint of* DEMELL R. SKINNER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Coleman, J., concurred in by Ellington and Schindler, JJ.